AO 240A  (Rev. 01/09; NJ 04/2024)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

BRYCELAND

Plaintiff(s),

v.

THE CITY OF NEW YORK et al

Defendant(s).

Civil Action No. 2:24-cv-08779-EP-JRA

**ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐ **GRANTED.** The clerk is ordered to file the complaint.

☐ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$405** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this          day of                  , 2024

Honorable Evelyn Padin
United States District Judge