# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. PAUL A. GOETZ | | PART | 47 |
|---|---|---|---|---|
| | | Justice | | |

-----------------------------------------------------------------X

KAMELIA POPPE,

                              Plaintiff,

- v -

MARTA BRYCELAND,

                              Defendant.

-----------------------------------------------------------------X

| INDEX NO. | 150915/2024 |
|---|---|
| MOTION DATE | 04/03/2024 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 20, 21, 22, 23, 24, 25, 26, 27, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46

were read on this motion to/for                       POOR PERSON      .

Upon the foregoing documents, it is

      ORDERED that pursuant to CPLR § 1101 the motion is granted and the clerk of the court must not charge defendant for fees in this case including one certified copy of the judgement.

*[Signature]*

20240516161927PG0ETZ1B74253525DB7479E8C4B2BD11FF07558

| 5/16/2024 | | |
|---|---|---|
| **DATE** | | **PAUL A. GOETZ, J.S.C.** |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

150915/2024   POPPE, KAMELIA vs. BRYCELAND, MARTA                        Page 1 of 1
Motion No.  001

1 of 1