# PACER Service Center

P.O. Box 5208 Portland, OR 97208-5208

06/06/2024

## DEFAULT NOTICE

****AUTO****ALL FOR AADC 07099-DEF T:22 F:48501 R:7882

MARTA MALGORZATA BRYCELAND
NJ 502 LIVINGSTON CT
EDGEWATER, NJ 07020-1640

Account Number: 7038782

Amount Past Due: $35.40

As of today, we have not received payment for an outstanding balance. Your PACER account has been disabled. After payment has posted to your account, your access will be restored. If payment has been remitted, please disregard this notice.

To make a payment by credit card, visit the PACER Service Center website at pacer.gov. The PACER Service Center accepts Visa, MasterCard, Discover, and American Express. You can also pay by check or money order. Write your account number on your check or money order and mail it to:

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

To check your account balance, review transaction details, or download a copy of your statement, go to pacer.gov. From the home page, select Manage My Account; then enter your username and password.

PACER is a service of the United States Judiciary. The PACER Service Center is managed by the Administrative Office of the United States Courts. Your outstanding debt is owed to the federal government and is subject to federal debt collection measures. These measures include, but are not limited to, referral to a private collection agency or the Department of the Treasury.

Please call the PACER Service Center at 800-676-6856 if you have questions regarding your account. Payment in full must be received before access to PACER is restored.

This is your final notice.

Anna Marie Garcia
Chief, PACER Support Branch




Public Access to Court Electronic Records