UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

MARTA BRYCELAND,

Plaintiff,

-against-

JAMES BURNS et al.,

Defendants.

-------------------------------------x

**MEMORANDUM & ORDER**
24-CV-6203 (EK)(SDE)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Eichenholtz's *sua sponte* Report and Recommendation (R&R) dated October 22, 2026. ECF No. 14. Judge Eichenholtz recommends that the Court dismiss the case for failure to prosecute. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Eichenholtz's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the *sua sponte* R&R in its entirety. Thus, the case is dismissed for failure to prosecute. The Clerk of Court

is respectfully directed to mail a copy of this Order to plaintiff, note the mailing on the docket, and close the case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: November 9, 2026
Brooklyn, New York